458 A.2d 287

In re Estate of Tettemer.

Appeal of Upper Saucon Township.
Petition for Allowance of Appeal
Denied June 22, 1983.

Argued May 10, 1982. Thomas F. Traud, Jr., for appellant;  Karl Y. Donecker, for participating party.

Before CAVANAUGH, CIRILLO and HOFFMAN, JJ.

Order affirmed.